**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

UNITED STATES OF AMERICA )
)
)
)
v. )               CASE NO.  4:08cr90
)
)
SAMSON JABAR FERGUSON )
)

## O R D E R

This case is before the Court for a preliminary hearing pursuant to Federal Rule of

Criminal Procedure 32.1(b)(1). The Court finds that there is probable cause to believe that the

defendant has violated the terms and conditions of supervised release and, therefore,

should appear for a revocation hearing before the assigned district judge in this matter.

**SO ORDERED** this  28th   day of July, 2022.

_Christopher L. Ray_

**CHRISTOPHER L. RAY**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**